## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Collette Anderson | ) | Case No. 18-10385 |
| | ) | |
| Debtor(s) | ) | CHAPTER 7 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |

### NOTICE OF MOTION

TO:

N. Reid, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Collette Anderson, 18163 Versailles Lane, Hazel Crest, IL 60429

See attached list of all creditors

PLEASE TAKE NOTICE that on 7/5/18 at 10:00 a.m. or soon thereafter I shall be heard, I shall appear before the Honorable Judge LaShonda A. Hunt, at 219 S. Dearborn St., Courtroom 719, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired

/s/ Xiaoming Wu
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

### PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 105 W. Madison St., Chicago, IL 60604, on June 12, 2018 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ Xiaoming Wu

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Collette Anderson | ) | Case No. 18-10385 |
| | ) | |
| Debtor(s) | ) | CHAPTER 7 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |

## MOTION TO CONVERT CASE TO CHAPTER 13

The debtor(s), by and through counsel, and in support of Motion to Convert Case to Chapter 13 pursuant to Fed. R. Bankr. P. 1017(d) and 9013, states to the court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. §§ 157(a) and (b) and 1334(b), and 11 U.S.C. § 706(a).

2. The debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code on 4/10/18.

3. This case has not been converted under 11 U.S.C. § 1112, 1208, or 1307.

4. The meeting of creditors has not been held and discharge has not been entered.

5. The debtor wishes to convert the case to Chapter 13.

WHEREFORE, the debtor(s) moves that the Court enter an order granting the debtor's motion to convert this case to Chapter 13 pursuant to 11 U.S.C. § 706(a), and grant such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ _Xiaoming Wu_
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200