# SERVICE LIST

TOYOTA MOTOR CREDIT
PO Box 5855
Carol Stream, IL, 60197

US AUTO FINANCE/US AUT
824 N MARKET ST STE 220
WILMINGTON, DE, 19801

PNC BANK, N.A.
Po Box 8807
Dayton, OH, 45401

SYNCB/WALMART DC
PO BOX 965024
ORLANDO, FL, 32896

COMENITY BANK/ROOMPLCE
PO BOX 182789
COLUMBUS, OH, 43218

AMERICAN PROFIT RECOVE
34505 W 12 MILE RD STE 3
FARMINGTON HILLS, MI, 48331

FIRST PREMIER BANK
c/o Jefferson Capital Systems LLC PO Box 7999
c/o Linda Dold
Saint Cloud, MN, 56302

WEBBANK/FINGERHUT
7075 Flying Cloud Dr
Eden Prairie, MN, 55344

STANISCCONTR
914 14TH ST POB 480
MODESTO, CA, 95353

BAY AREA CREDIT SERVIC
1000 ABERNATHY RD NE STE
ATLANTA, GA, 30328

MEADE & ASSC
737 ENTERPRISE DR
LEWIS CENTER, OH, 43035

Illinois Tollway Authority
2700 Ogden Ave.
Downers Grove, IL 60515

AMERICA'S FI
6 N Austin Blvd
Oak Park, IL, 60302

US DEP ED
PO Box 8937
Madison, WI, 53708

ERC
P.O. BOX 57610
Jacksonville, FL, 32241

CBNA
Po Box 6497
Sioux Falls, SD, 57117

SYNCB/MATTRESS FIRM IN
PO Box 965033
Orlando, FL, 32896

US DEPT OF ED/GLELSI
2401 Internal Lane
Attn: Chhengre Lim
Madison, WI, 53704

DEPT OF ED/582/NELNET
PO BOX 173904
DENVER, CO, 80217

NCB FSB
139 S HIGH ST
HILLSBORO, OH, 45133

OAK TRUST CU
70 E LAKE
CHICAGO, IL, 60601

City of Chicago - Parking and red Light Tickets
121 N. LaSalle Street
Chicago, IL, 60602

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL, 60654

Village of Matteson
Po Box 6279
Carol Stream, IL, 60197

City of Chicago Heights
39773 Treasury Center
Chicago, IL, 60694

Advocate Medical Group
4001 Vollmer Rd
Olympia Fields, IL, 60461