# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-10385 |
| COLLETTE ANDERSON | ) | |
| | ) | Judge LaShonda A. Hunt |
| Debtor. | ) | |
| | ) | **Date:  September 19, 2018** |
| | ) | **Time: 10:00 a.m.** |

## NOTICE OF MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1 AND REQUEST FOR HEARING

To:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **September 19, 2018 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable LaShonda A. Hunt, or any judge sitting in her stead, in Courtroom 719, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Motion to Dismiss Debtor with Notice Under Local Rule 2002-1 And Request for Hearing,** at which time and place you may appear as you see fit.

Dated: August 15, 2018

> **N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of COLLETTE ANDERSON**
>
> */s/ N. Neville Reid*
> N. Neville Reid

N. Neville Reid (ARDC #6195837)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200/Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on August 15, 2018, I caused a copy of the foregoing **Motion to Dismiss with Notice Under Local Rule 2002-1** and **Request for Hearing on Dismissal per Local Rule 2002-1,** to be filed electronically through the Court's CM/ECF filing system and to be served upon the attached Service List by the Court's ECF filing system or first-class U.S. Mail, as indicated.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Party to receive notice electronically via CM/ECF:**

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Ziaoming Wu, Counsel to the Debtor
notice@billbusters.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

Collette Anderson
18163 Versailles Lane
Hazel Crest, IL 60429

3027433 v1 - 04006 / 001

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-10385 |
| COLLETTE ANDERSON | ) | |
| | ) | Judge LaShonda A. Hunt |
| Debtor. | ) | |
| | ) | **Date:  September 19, 2018** |
| | ) | **Time: 10:00 a.m.** |

**MOTION TO (I) DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

    N. Neville Reid, not individually but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of COLLETTE ANDERSON (the "Debtor"), pursuant to Section 707(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 1017 and 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 1017-2 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), submits this motion to dismiss the Debtor's bankruptcy case and extend the deadline for objecting to the Debtor's discharge through and including the date of any order granting this motion (the "Motion"). In support of this Motion, the Trustee respectfully states as follows:

    1.    On April 10, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").  Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as the Trustee for the Estate.

    2.    The original Chapter 7 meeting of creditors herein was set for May 24, 2018 and subsequently rescheduled for August 9, 2018; however, the Debtor failed to appear on both dates.

3. As a result of the Debtor's failure to comply with the provisions of the Bankruptcy Code and submit to appropriate examination, the Trustee is unable to properly and timely administer the case or to determine whether other grounds for objection to discharge exist pursuant to duties as set forth in Section 704 of the Bankruptcy Code and therefore requests dismissal of the case.

WHEREFORE, the Trustee prays for entry of an order dismissing this Chapter 7 Case and extending the deadline for the Trustee to object to the Debtor's discharge through and including the date of the order granting this Motion.

Dated: August 15, 2018                    Respectfully submitted,

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of COLLETTE ANDERSON**

By:  */s/ N. Neville Reid*

N. Neville Reid (ARDC #6195837)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

3027433 v1 - 04006 / 001

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-10385 |
| COLLETTE ANDERSON | ) | |
| | ) | Judge LaShonda A. Hunt |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1

This matter having come to be heard on the motion (the "Motion") of N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Collette Anderson (the "Debtor"), for an order, pursuant to Section 707 of title 11 of the United States Code, Rules 1017 and 4004 of the Federal Rules of Bankruptcy Procedure, and Local Rule 1017-2 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, dismissing the Debtor's bankruptcy case; and all parties requesting service in this bankruptcy case; the Court having considered the statements of the Trustee in support thereof; and the Court concluding that good cause exists for the entry of this Order,

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Motion is GRANTED to the extent provided herein.

2. This case is hereby dismissed.

Enter:

Dated:

United States Bankruptcy Judge

**Prepared by:**
N. Neville Reid (ARDC #6195837)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

3027433 v1 - 04006 / 001